IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VIKING INSURANCE COMPANY OF WISCONSIN**                                    **PLAINTIFF**

vs.                          CASE NO. 3:12-cv-00216 KGB/JTK

**TERA KEMP; MEDIC ONE , LLC;
AIR EVAC EMS d/b/a AIR EVAC LIFETEAM;
SHELBY COUNTY HEALTHCARE CORPORATION
d/b/a REGIONAL MEDICAL CENTER AT MEMPHIS;
MEDPAY ASSURANCE, LLC; and MISSOURI
DEPARTMENT OF SOCIAL SERVICES (MEDICAID)**                                   **DEFENDANTS**

### ORDER

Pursuant to the complaint for interpleader filed by interpleader plaintiff, Viking Insurance Company of Wisconsin ("Viking"),

IT IS SO ORDERED:

1. That Viking is authorized to deposit the $25,000.00 in its possession, that is in issue in this case, into the registry of the Court.  Viking is hereby directed to issue and deliver a check payable to the Clerk of the United States District Court for the Eastern District of Arkansas in the amount of $25,000.00.

2. That the Clerk of the Court is directed to invest the sum of $25,000 in an interest-bearing account pursuant to Local Rule 67.1, until further advised.  The Clerk of the Court is further directed to deduct from the income earned on the investment the appropriate fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

3. That interpleader defendants Tera Kemp, Medic One, LLC, Air Evac EMS d/b/a AIR Evac Lifeteam, Shelby County Healthcare Corporation e/b/a Regional Medical Center at Memphis,

Medpay Assurance, LLC, and Missouri Department of Social Services (Medicaid) are restrained from instituting or prosecuting against Viking any action that affects the funds at issue in this case without first obtaining an Order from this Court.

4. That, pursuant to Local Rule 67.1, Viking shall cause this Order to be served personally on the Clerk of the Court and the Financial Deputy of the Court. Viking shall further cause this Order to be served on all parties within ten (10) days of this Order.

SO ORDERED this the 5 day of October, 2012.

_____
Kristine G. Baker
United States District Judge