IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VIKING INSURANCE COMPANY OF WISCONSIN**                                   **PLAINTIFF**

vs.                                    Case No. 3:12-cv-00216 KGB

**TERA KEMP; MEDIC ONE , LLC;
AIR EVAC EMS d/b/a AIR EVAC LIFETEAM;
SHELBY COUNTY HEALTHCARE CORPORATION
d/b/a REGIONAL MEDICAL CENTER AT MEMPHIS;
MEDPAY ASSURANCE, LLC**                                                   **DEFENDANTS**

## ORDER

By Order dated December 19, 2013, the Court entered default judgment against interpleader defendants Tera Kemp and Air Evac EMS d/b/a Air Evac Lifeteam and discharged and dismissed interpleader plaintiff Viking Insurance Company of Wisconsin. The remaining parties, interpleader defendants Shelby County Healthcare Corporation d/b/a Regional Medical Center at Memphis and MedPay Assurance, LLC (collectively "The Med") and Medic One, LLC ("Medic One"), have filed a joint motion for distribution of funds (Dkt. No. 30). The parties stipulate to a proposed distribution of $22,163.73 to The Med and $2,836.27 to Medic One. For good cause shown, the motion is granted (Dkt. No. 30).

The Clerk of the Court is directed to disburse the funds as follows:

- $22,163.73, plus 88.7% of any accrued interest, to The Med, by check payable to The Smith Group; and

- $2,836.27, plus 11.3% of any accrued interest, to Medic One, by check payable to Medic One, LLC.

The Court further directs the Clerk to file a statement confirming disbursements and the exact amounts. This action shall be dismissed with prejudice upon disbursement of the interpleaded funds without further notice, hearing, or order.

SO ORDERED this the 10th day of February, 2014.

_____
Kristine G. Baker
United States District Judge